# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2138
LT Case No. 2022-CA-000269-A

———————————————

DREES HOMES OF FLORIDA, INC.,

Appellant,

v.

DARREL E. GABBIDON and
YASHMIN L. GABBIDON,

Appellees.

———————————————

Nonfinal Appeal from the Circuit Court for St. Johns County.
Howard M. Maltz, Judge.

Barry B. Ansbacher and Michael C. Feinberg, of Ansbacher Law,
Jacksonville, for Appellant.

Joshua E. Burnett, Carlos M. Alvarez, and Mackenzie F. Rocha,
of Burnett Law, P.A., Tampa, for Appellees.

March 5, 2024

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____